UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Grand Jury Subpoena | Case No. 3:18mj829(SALM) |
| | February 14, 2022 |

## MOTION TO UNSEAL CASE

This matter was sealed by the Court on June 1, 2018. The United States has no objection to the unsealing of this matter.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY
*/s/ Sarah P. Karwan*
_____
SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
sarah.p.karwan@usdoj.gov

1